Philip R. Wooten (007006)
PHILIP R. WOOTEN, P.C.
3413 East Equestrian Trail
Phoenix, Arizona 85044-3403
(480) 598-4330
(480) 598-4331 (Fax)
Attorney for Defendant Trans Union, L.L.C.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| HARPER V. TROYE, an individual, | Case No.: CV05-1684-PHX-ROS |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF TRANS UNION'S RULE 26 INITIAL DISCLOSURE STATEMENT** |
| TRANS UNION LLC, a Delaware limited liability company, | |
| Defendant. | |

Defendant, Trans Union, LLC ("Trans Union"), through undersigned counsel, pursuant to Local Rule 5.2, gives notice that service of Trans Union's Rule 26 initial disclosure statement has been made upon counsel identified in the mailing certificate, below.

Dated: October 5, 2005

PHILIP R. WOOTEN, P.C.


By___/s/___PRW #007006_____
Philip R. Wooten
3413 East Equestrian Trail
Phoenix, Arizona 85044-3403
Attorney for Defendant Trans Union

1

1  COPY of the foregoing mailed
   October 5, 2005, to:
2

   Floyd W. Bybee, Esq.
3  FLOYD W. BYBEE, PLLC
   2173 E. Warner Rd., Ste. 101
4  Tempe, Arizona 85284
   Attorney for plaintiff
5

6
   By___/s/__PRW #007006_____
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25