| | |
|---|---|
| 1 | Floyd W. Bybee, #012651 |
| 2 | **FLOYD W. BYBEE, PLLC**<br>2173 E. Warner Rd., Ste. 101 |
| 3 | Tempe, Arizona 85284<br>Office:  (480) 756-8822 |
| 4 | Fax: (480) 756-8882<br>floyd@bybeelaw.com |
| 5 | Attorney for Plaintiff |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| **Harper V. Troye,** | ) | No.  CIV 05-1684-PHX-ROS |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF DISCOVERY TO DEFENDANT** |
| **Trans Union, LLC,** | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 5.2, notice is hereby given that service of Plaintiff's First Set of Discovery to Defendant was made by mailing a copy to opposing counsel on December 7, 2005.

DATED     December 7, 2005    .

   s/ Floyd W. Bybee
Floyd W. Bybee, #012651
FLOYD W. BYBEE, PLLC
2173 E. Warner Rd., Ste. 101
Tempe, Arizona 85284
Office:  (480) 756-8822
Fax: (480) 756-8882
floyd@bybeelaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

_X_  I hereby certify that on  December 7, 2005 , I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Philip R. Wooten
> PHILIP R. WOOTEN, P.C.
> 3413 E. Equestrian Trail
> Phoenix, Arizona 85044-3403
> Attorney for Defendant Trans Union, LLC

___  I hereby certify that on  December 7, 2005 , I served the attached document by  U.S. Mail  on the following, who are not registered participants of the CM/ECF System:

> by     s/ Floyd W. Bybee
>        Floyd W. Bybee, #012651

- 2 -